845 A.2d 602

IN THE MATTER OF ELIZABETH T. MCNAMARA, AN ATTORNEY AT LAW (ATTORNEY NO. 037751983).

April 8, 2004.

## ORDER

This matter having been duly presented to the Court pursuant to *R.* 1:20–10(b), following a motion for discipline by consent of **ELIZABETH T. McNAMARA**, formerly of **JERSEY CITY**, who was admitted to the bar of this State in 1983;

And the District VA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.16(a)(failure to withdraw from representation when her physical or medical condition impaired her ability to represent her client), *RPC* 3.2(failure to expedite litigation), *RPC* 5.5(a)(unauthorized practice of law), and *RPC* 8.4(c)(misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.3, *RPC* 1.16(a), *RPC* 3.2, *RPC* 5.5(a), and *RPC* 8.4(c); and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that mitigating factors exist and that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *R.* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ELIZABETH T. McNAMARA,** formerly of **JERSEY CITY,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.